**Order entered December 12, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00145-CV

## WILLIAM W. MCGUIRE, Appellant

## V.

## FIRST UNITED BANK AND TRUST COMPANY, Appellee

### On Appeal from the 429th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 429-03797-2012

### ORDER

On October 25, 2022, we granted appellee's motion to extend time to file its brief after appellee informed us that the parties had begun working on a settlement agreement. Our order granting the extension directed the brief or a status report be filed no later than November 23, 2022 if a motion to dismiss had not yet been filed. To date, no motion to dismiss has been filed and neither has the brief or status report. Accordingly, we **ORDER** a motion to dismiss, appellee's brief, or a status report be filed **no later than December 28, 2022**.

We caution that failure to comply may result in the appeal being submitted on appellant's brief alone.

/s/    BONNIE LEE GOLDSTEIN
         JUSTICE